**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: DENNIS PATTERSON & MARY E. PATTERSON     Case Number: 08-70346
1755 THORNAPPLE LANE     SSN-xxx-xx-2542 & xxx-xx-1069
ALGONQUIN, IL 60102

Case filed on: 2/10/2008
Plan Confirmed on:

X Converted    Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DENNIS PATTERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WILSHIRE CREDIT CORP. | 50,826.00 | 50,826.00 | 0.00 | 0.00 |
| | Total Secured | 50,826.00 | 50,826.00 | 0.00 | 0.00 |
| 002 | ASPEN / FB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREDIT PROTECT ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | GMAC | 13,165.49 | 8,820.88 | 0.00 | 0.00 |
| 005 | IC SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PLAINS COMMERCE BANK | 612.50 | 410.37 | 0.00 | 0.00 |
| | Total Unsecured | 13,777.99 | 9,231.25 | 0.00 | 0.00 |
| | Grand Total: | 64,603.99 | 60,057.25 | 0.00 | 0.00 |

Total Paid Claimant: $0.00
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

            /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008      By /s/Heather M. Fagan